Oscar AVELAR–OLMOS, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 04–75226.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 18, 2008.*

Filed July 8, 2008.

Before: REINHARDT, W. FLETCHER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Oscar Avelar–Olmos, a native and citizen of Mexico, petitions for review of the Bureau of Immigration and Customs Enforcement's decision to reinstate his prior removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations. *Ram v. INS*, 243 F.3d 510, 516 (9th Cir.2001). We deny the petition for review.

Avelar–Olmos' challenge to 8 U.S.C. § 1231(a)(5) is foreclosed by *Morales–Izquierdo v. Gonzales*, 486 F.3d 484, 498 (9th Cir.2007) (en banc) (concluding that a previously removed alien who reenters the country unlawfully is not entitled to a hearing before an immigration judge on whether to reinstate a prior removal order).

Contrary to Avelar–Olmos' contention, 8 U.S.C. § 1231(a)(5) applies to his expedited removal order. *See Morales–Izquierdo*, 486 F.3d at 496 n. 14 ("Any mode of departure—voluntary or involuntary—while subject to an order of removal constitutes a removal for reinstatement purposes.").

Moreover, Avelar–Olmos is precluded from applying for adjustment of status.

*See Padilla v. Ashcroft*, 334 F.3d 921, 925 (9th Cir.2003) (8 U.S.C. § 1231(a)(5) bars an alien who has had a removal order reinstated from adjustment of status).

Avelar–Olmos' due process contentions are unavailing because he has not demonstrated prejudice. *See Padilla*, 334 F.3d at 924–25 (requiring prejudice to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

